[No. 28261-5-II.   Division Two.   May 6, 2003.]

BEN MCNEIL, ET AL., *Appellants*, v. DANIEL A. VANSCOY, ET AL., *Respondents*.

Appeal from judgments of the Superior Court for Clark County, No. 98-2-04342-7, Diane M. Woolard, J., entered July 13 and December 31, 2001. *Affirmed* by unpublished opinion per Hunt, C.J., concurred in by Morgan and Bridgewater, JJ.

[No. 28604-1-II.   Division Two.   May 6, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. SANDRA MARIE THOMAS, *Appellant*.

Appeal from judgments of the Superior Court for Pierce County, No. 01-1-04659-6, Frederick B. Hayes, J., entered February 19 and March 14, 2002. *Reversed* by unpublished opinion per Hunt, C.J., concurred in by Morgan and Bridgewater, JJ.

[No. 28781-1-II.   Division Two.   May 6, 2003.]

MIKE BELENSKI, *Appellant*, v. JEFFERSON COUNTY DISTRICT COURT, *Respondent*.

Appeal from judgments of the Superior Court for Jefferson County, No. 01-2-00220-1, Leonard W. Costello, J., entered April 15 and May 9, 2002. *Affirmed in part* and *remanded* by unpublished opinion per Hunt, C.J., concurred in by Morgan and Armstrong, JJ.

[No. 20739-1-III.   Division Three.   May 8, 2003.]

ROBERT MICHAEL HARRISON, *Respondent*, v. THOMAS L. CRAIN, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Stevens County, No. 99-2-00553-6, Rebecca M. Baker, J., entered November 16, 2001. *Affirmed* by unpublished opinion per Brown, C.J., concurred in by Schultheis and Kato, JJ.